UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN THE MATTER OF**:** **NATHANIEL WILLIAMS**        CASE NO:  **04-01038-8-RDD**
**CYNTHIA ZENETTA WILLIAMS**

**REPORT ON UNCLAIMED DIVIDENDS**

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **CLIFF BULLARD**<br>1901 NORTH PINE ST<br>LUMBETON, NC 28358 | **$0.96** | 5/07/2009 |

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**December 8, 2009**                    /s/ Trawick H. Stubbs, Jr.
                            **TRAWICK H. STUBBS, JR.**
                            **CHAPTER 13 TRUSTEE**
                            **P. O. BOX 1618**
                            **NEW BERN, NC  28563**
                            **(252) 633-0074**